Eric Bjorgum, CA Bar No. 198392
Marc Karish, CA Bar No. 205440
**KARISH & BJORGUM, PC**
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
eric.bjorgum@kb-ip.com


ATTORNEYS FOR PLAINTIFF
INTENT DRIVERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTENT DRIVERS, INC., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>BLUE MODO MEDIA, LLC, a California limited liability company; SAVINGMONEYWEEKLY.CO, a business entity of unknown form; and DOES 1 – 10, inclusive,<br><br>       Defendants. | Case No.:  8:22-cv-402<br><br>**COMPLAINT FOR:**<br>**1. COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

      Plaintiff Intent Drivers, Inc. ("Plaintiff" or "Intent Drivers"), by and through its attorneys, Karish & Bjorgum, PC, files its complaint against Blue Modo Media,

LLC, SAVINGMONEYWEEKLY.CO, and DOES 1 – 10, Inclusive (collectively, "Defendants"), for injunctive relief and damages as follows:

## Subject Matter Jurisdiction and Venue

1. This case is a civil action arising under the Copyright Laws of the United States, 17 U.S.C. §§ 101, *et seq.* This Court has subject matter jurisdiction over the claims in this Complaint which relate to copyright infringement, 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a), and under diversity jurisdiction, pursuant to 28 U.S.C. § 1332.

2. Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because the claims alleged in this action arose in this Judicial District, and Defendants reside and transact business in this District.

## Parties and Personal Jurisdiction

3. Plaintiff Intent Drivers, Inc. is a California corporation with its principal residence in Orange County, California.

4. Defendant Blue Modo Media, LLC a Florida limited liability with its principal place of business at 801 U.S. Highway 1, North Palm Beach, Florida 33408.

5. Upon information and belief, Defendant SAVINGMONEYWEKLY.CO is a business entity of unknown form. Upon information and belief, SAVINGMONEY WEEKLY.CO is owned or controlled by Blue Modo Media, LLC.

6. This Court has personal jurisdiction over Defendant because Defendant solicits and transact business and have other related activities within this Judicial District. This court also has personal jurisdiction over Defendant because Defendant caused actual harm to Plaintiff, a resident of this District. Defendant's actions were aimed at Plaintiff Intent Drivers.

## Plaintiff's Business and Defendant's Acts

7.      Plaintiff is engaged in the business of advertising and generating sales leads for various industries, including the solar and insurance industries.  Unlike many "lead generation" companies, Plaintiff produces its own visual and written content. Plaintiff goes to great pains to protect its original content.

8.    One of Plaintiff's most successful campaigns involves written text explaining programs to make solar panels more affordable (the "Solar Article")

9.    The Solar Article copyright is owned by Plaintiff.  The Solar Article is registered with the United States Copyright Office as "Energy Bill Cruncher 09_16_17" and has the U.S. Copyright Reg. No.  TXu002234483.  A copy of the Solar Article and its copyright registration are attached hereto as Exhibit A.

10.    Defendants have copied verbatim copyrighted text from the Solar Article. A copy of infringing text used by Defendants is attached hereto as Exhibit B. Defendants have been taking Plaintiff's content and using it to divert sales and leads from Plaintiff.


## Count One – Copyright Infringement
### (Against Defendant)


11.    Plaintiff realleges and incorporates by reference each of the allegations contained in Paragraphs 1 through 10 of this Complaint as though fully set forth here.

12.    Plaintiff is the owner of the photographic work entitled "Energy Bill Cruncher 09_16_17", which is text registered as U.S. Copyright Reg. No. TXu002234483 for the work entitled (attached as Exhibit A).

13.    Defendants have copied and displayed the Work without Plaintiff's authorization, and it has done so with the intent of attracting customers.

Defendants' acts constitute infringement of Intent Driver's copyrights in the Work, in violation of the Copyright Act, 17 U.S.C. § 101, *et seq.*

14.    Plaintiff is informed and believes that Defendants' acts of infringement were deliberate, willful, malicious, oppressive, and without regard to proprietary rights.

15.    Defendants' copyright infringement has caused, and will continue to cause to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the copyright in the Work. Defendant has damaged business reputation and goodwill, diverted its trade, and caused loss of profits, all in an amount not yet determined.  In addition, Intent Driver is entitled to receive the profits made by Defendant from its wrongful acts pursuant to 17 U.S.C. § 504.

## **PRAYER FOR RELIEF**

**Wherefore**, Intent Drivers respectfully requests judgment as follows:

1.    That the Court enter a judgment against Defendants that Defendants have:

(i)  Infringed Plaintiff's copyright;

That each of the above acts were willful.

2.  That the Court issue a Permanent Injunction enjoining and restraining Defendant and its respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from engaging in any activity that violates Intent Drivers' copyrighted works, and that any damage from copyright infringement be multiplied for willful infringement.

3.  That Intent Drivers be awarded actual damages for Defendants' copyright infringement, together with Defendants' direct and indirect profits derived from its unlawful infringement of Intent Drivers' copyrights.

COMPLAINT
4

4.    That the Court award Intent Drivers its costs of suit incurred herein.

5.    That Intent Drivers be awarded such other relief as may be appropriate.

DATED:  March 15, 2022              Respectfully submitted,

                                    KARISH & BJORGUM, PC


                                    By____/s/ Eric Bjorgum,_____
                                           Eric Bjorgum
                                           Attorneys for Plaintiff
                                           Intent Drivers, Inc.

COMPLAINT
5

## <u>DEMAND FOR TRIAL BY JURY</u>

Plaintiff Intent Drivers, Inc. hereby demands a trial by jury to decide all issues so triable in this case.

DATED:  March 15, 2022                          Respectfully submitted,

                                                KARISH & BJORGUM, PC


                                                By /s/ Eric Bjorgum
                                                    Eric Bjorgum
                                                    Attorneys for Plaintiff,
                                                    Intent Drivers, Inc.

COMPLAINT
6

# Exhibit A

**Copyright**
United States Copyright Office

**The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu002234483
Search Results: Displaying 1 of 1 entries



Labeled View

*Energy Bill Cruncher 09_16_17.*

|  |  |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu002234483 / 2020-12-29 |
| **Application Title:** | Energy Bill Cruncher 09_16_17. |
| **Title:** | Energy Bill Cruncher 09_16_17. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Intent Drivers, Inc. Address: 9692 Melinda Circle, Huntington Beach, CA, 92646, United States. |
| **Date of Creation:** | 2017 |
| **Authorship on Application:** | Intent Drivers, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Intent Drivers, Inc. |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |



Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Exhibit B

— BREAKING NEWS —

# California Incentives Make Going Solar Easy For Homeowners

(htt
ps:/
/ww
w.fa
ceb
ook.
com
/Sav
ing
Mo
ney
We
ekly

(htt
ps:/
/twi
tter.
com
/sav
ing
mo
ney
wee
k)

**Power companies are fighting an uphill battle they are sure to lose and they're blaming customers who are taking advantage of massive <u>energy savings programs.</u> (https://track.roinattrack.com/click) Specifically, they are blaming New York Solar Incentives that encourage homeowners to use clean energy by reducing solar power projects to $0 installations.**



(https://track.roinattrack.com/click)

Until now, solar panels were less about saving money and more about environmental protection. In order to get more people to switch to clean solar energy the federal and state

governments are highly incentivizing homeowners who live in **specific zip codes** (https://track.roinattrack.com/click) to go solar with $1000's of dollars in rebates and incentives that can cover 100% of the costs associated with a new solar panel installation.

When homeowners **visit our site to see if they qualify** (https://track.roinattrack.com/click), many are shocked to learn that solar panels can be installed on their home with no upfront costs after rebates and solar incentives. You can find out which solar incentives are offered in your area by using your zip code. You can even use this tool to help calculate your savings by entering your utility provider and your average power bill. In many cases, customers are saving up to 50% on the cost of powering their home each year.

**See if You Qualify for a $0 Down Solar Installation! (https://track.roinattrack.com/click)**

 Enter Your Zip Code Here!
(https://track.roinattrack.com/click)

# How Do Solar Programs Work?

Solar panels are much cheaper today than they were 10 years ago, which means millions of homeowners that could not previously afford to do so are switching to solar. New York Homeowners that qualify for **this new program** (https://track.roinattrack.com/click) no longer have to buy solar panels. With rebates being as high as they are, homeowners are able to drastically reduce their power bill without dealing with the upfront costs of installing solar panels.

**What's Recommended**    (https://track.roinattrack.com/click)



Case 8:22-cv-00402-JVS-DFM      Document 1      Filed 03/15/22      Page 12 of 14      Page ID #:12



(https://track.roinattrack.com/click)

**President Biden Extends Solar Incentives Throughout 2021** (https://track.roinattrack.com/click)



(https://track.roinattrack.com/click)

**Program Gives Solar Panels to Middle Class Families at No Cost!** (https://track.roinattrack.com/click)





Case 8:22-cv-00402-JVS-DFM    Document 1    Filed 03/15/22    Page 13 of 14    Page ID
#:16

Discover the Benefits of Solar Panels With This FREE Program! (https://track.roinattrack.com/click)

## Want to See How Much You Can Save? Here's How:

(https://track.roinattrack.com/click)

- **Step 1: Select your average electric bill below.** (https://track.roinattrack.com/click)
- **Step 2:** Go onto **this site here** (https://track.roinattrack.com/click) and find out how much you may save! It takes just two minutes to get started.

## Get Started! Select Your State Below...



(https://track.roinattrack.com/click)

👉         Enter Your Zip Code and See if You Qualify!
(https://track.roinattrack.com/click)

**THIS IS AN ADVERTISEMENT AND NOT AN ACTUAL NEWS ARTICLE, BLOG, OR CONSUMER PROTECTION UPDATE**

*We are dedicated to bringing readers valuable information which can help them accomplish their financial and lifestyle goals. Our disclaimer is that this site does receive compensation for product reviews and referrals or purchases made through our links. This page is an advertisement/advertorial. The story depicted here is for demonstration purposes only and everyone's results may vary. We hope you find our online resource informative and helpful. This site is in no way affiliated with any news source. This site contains affiliate and partner links. This website and the company that owns it is not responsible for any typographical or photographic errors. If you do not agree to our terms and policies, then please leave this site immediately. All trademarks, logos, and service marks (collectively the "Trademarks") displayed are registered and/or unregistered Trademarks of their respective owners. Contents of this website are copyrighted property of the reviewer and/or this website.

© Saving Money Weekly 2021. All Rights Reserved.

Contact Us (https://savingmoneyweekly.co/wpautoterms/contact/) - Privacy Policy (https://savingmoneyweekly.co/wpautoterms/privacy-policy/) - Unsubscribe (https://savingmoneyweekly.co/wpautoterms/unsubscribe/) - Terms and Conditions (https://savingmoneyweekly.co/wpautoterms/terms-and-conditions/)