JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Intent Drivers, Inc, <br><br> Plaintiff, <br><br> v. <br><br> Blue Modo Media, LLC, et al, <br><br> Defendants. | SACV 22-00402JVS(DFMx) <br><br> ORDER OF DISMISSAL |

On June 8, 2022, this Court issued an Order to Show Cause on as to why this action should not be dismissed for lack of prosecution for failing to file a Joint Rule 26(f) Report. A written response was due on June 17, 2022. In lieu of a written response, the filing of a Joint Rule 26f Report was deemed an appropriate response. To date no Joint Rule 26(f) Report having been filed, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: 7/6/22

_____
James V. Selna
United States District Judge